# United States District Court
## Middle District of Tennessee
### At Nashville

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 3:02-CR-00128-5 |
| | ) | Civil No. |
| Plaintiff-Respondent, | ) | HON. WILLIAM J. HAYNES, JR. |
| | ) | MAG. |
| vs. | ) | |
| | ) | **CERTIFICATE OF FILING** |
| JOSE MORAN OCEGUEDA, | ) | |
| | ) | |
| Defendant-Movant. | ) | |

\* \* \* \* \* \* \* \* \* \*

Pursuant to the principles of *Houston v. Lack*, 487 U.S. 266, 276 (1988), the attached motion pursuant to 28 U.S.C. § 2255 was filed with the Court on this date by depositing three copies of same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to: **Clerk -- U.S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.**

I have read the foregoing and state that the facts are set forth upon personal knowledge and are true and correct.

Signed under penalty of perjury under 28 U.S.C. § 1746, this _____ day of _____ 2009.

_____
**Jose Moran Ocegueda**
26319-112
P.O. Box 6000
Glenville, WV 26351