IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSE FERNANDO MORAN OCEGUEDA, | ) | |
| Movant, | ) ) ) | CASE NO. 3:09-0132 |
| | ) | JUDGE HAYNES |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent, | ) | |

## ORDER

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice**. The Court **DECLINES** to grant a Certificate of Appealability under 28 U. S. C. 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the 22nd day of November, 2011.

William J. Haynes, Jr.
United States District Judge