# United States District Court
## Middle District of Tennessee
### At Nashville

ORIGINAL
RECEIVED
IN CLERK'S OFFICE
DEC 19 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 3:02-CR-128-5 |
| Plaintiff-Respondent, | Civil No. 3:09-cv-132 |
| | HON. W.J. HAYNES, JR. |
| vs. | MAG. |
| | MOTION FOR |
| JOSE MORAN OCEGUEDA, | RECONSIDERATION |
| Defendant-Movant. | F.R.Civ.P. 59(e) |

\* \* \* \* \* \* \* \* \*

**COMES NOW DEFENDANT-MOVANT** Jose Moran Ocegueda, and respectfully moves this **HONORABLE COURT** to reconsider the denial of . The grounds for this motion hereinafter more fully appear.

1.) The Court unlawfully denied evidentiary hearing because factual disputes existed which could not be determined from the "files and records of the case".

2.) The Court unlawfully relied on the Court of Appeals' decision for facts in this case. The gravamen of Mr. Ocegueda's Section 2255 motion was that the facts were unconstitutionally presented due to ineffective assistance of counsel in the pretrial, trial, sentencing and direct appeal process in the case.

*[Handwritten annotation by judge:]* DENIED. Upon review of this motion, the motion to GR[ANT?]... that the Order denying the Section 2255 motion to vacate is AFFIRMED for the reasons and precedents cited in the Memorandum accompanying the Order. /s/ W.J. Haynes, USDJ 1-3-12