UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
IN CLERK'S OFFICE
JAN 11 2012
U.S. DISTRICT COURT
MID. DIST. TENN

CLERK, U.S. DISTRICT COURT
SUITE 800, 801 BROADWAY
NASHVILLE, TN. 37203

3:09 CV 132    DE 23

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Connie Lee_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Connie Lee_  C. Date of Delivery |
| 1. Article Addressed to:<br><br>3:09-CV-132 DE 23<br>Jose Fernando Moran Ocegueda<br>#26319-112<br>FCI - Elkton<br>P. O. Box 10<br>Lisbon, OH 44432 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 1150 0002 0767 2389 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540